THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* EDWARD D. YOUNG, Defendant-Appellant.

(No. 59885;

First District (5th Division)—December 27, 1974.

PER CURIAM.

James J. Doherty, Public Defender, of Chicago (Harold A. Cowen and James M. Sammons, Assistant Public Defenders, of counsel), for appellant.

Bernard Carey, State's Attorney, of Chicago (Patrick T. Driscoll, Jr., and Donald M. Devlin, Assistant State's Attorneys, of counsel), for the People.